An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KELLY COLLEEN MITCHELL,
INDIVIDUALLY,
Appellant,

vs.

STEVEN EARNHART, INDIVIDUALLY,
Respondent.

No. 65082

**FILED**

JUN 0 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On April 25, 2014, this court issued a notice directing appellant to file and serve within ten days the docketing statement required by NRAP 14, which was overdue. The notice cautioned appellant that failure to comply could result in the imposition of sanctions, including the dismissal of this appeal. To date, appellant has not filed the docketing statement or otherwise responded to our notice. The transcript request form is also overdue. NRAP 9. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:  Hon. Jerry A. Wiese, District Judge
Jack C. Cherry, Settlement Judge
Upson Smith/Las Vegas
Gabroy Law Offices
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-17686